UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE QUINONES,

    Petitioner,

v.                                                    Case No. 6:11-cv-1218-Orl-28KRS

SECRETARY, DEPARTMENT
  OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

Petitioner has filed a memorandum of law (Doc. No. 15, filed October 3, 2011), which exceeds twenty-five pages in length in contravention of the Court's Order of September 27, 2011 (Doc. No. 14) and Local Rule 3.01(d). Consequently, Petitioner's memorandum of law (Doc. No. 15, filed October 3, 2011) is hereby **STRICKEN**, and it shall be removed from the record and returned to Petitioner by the Clerk of the Court.

Within fourteen (14) days from the date of this Order, Petitioner may file a memorandum of law that shall not exceed twenty-five pages in length.

**DONE AND ORDERED** in Chambers at Orlando, Florida, this _6th_ day of October, 2011.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 10/4
Jose Quinones