UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSE QUINONES,

    Petitioner,

-vs-                                                 Case No. 6:11-cv-1218-Orl-28KRS

SECRETARY, DEPARTMENT
 OF CORRECTIONS, et al.,

    Respondents.
_____/

## ORDER

This case is before the Court on Petitioner's Request for a Certificate of Appealability (Doc. No. 33). Upon consideration, the request is **DENIED**. This Court previously denied this request. *See* Doc. No. 31.

**DONE AND ORDERED** in Orlando, Florida, this ___ day of January, 2013.

JOHN ANTOON II
UNITED STATES DISTRICT JUDGE

Copies to:
OrlP-2 1/15
Jose Quinones
Counsel of Record